## ORDER

**VIRGINIA:**

In the Court of Appeals of Virginia on Tuesday the 23rd day of August, 1994.

Earl Robinson, Appellant,

against

Commonwealth of Virginia, Appellee.

COUNSEL

Joseph W. Kaestner (Kaestner and Associates, on briefs), for appellant.

Robert B. Condon, Assistant Attorney General (James S. Gilmore, III, Attorney General, on brief), for appellee.

### UPON A REHEARING EN BANC

OPINION

On January 11, 1994, a panel of this Court affirmed appellant's convictions of second degree murder and the use of a firearm in the commission of murder, holding that his re-prosecution was not barred on double jeopardy grounds. *See Robinson v. Commonwealth*, 17 Va. App. 551, 439 S.E.2d 622 (1994). Appellant's petition for hearing *en banc* was granted on March 24, 1994, and the mandate of the January 11, 1994 opinion was stayed.

The appeal was reheard *en banc* on June 2, 1994. For the reasons stated in the original majority opinion, the Court affirms the decision of the trial court. Therefore, the stay of the mandate of the January 11, 1994 opinion is lifted, and the case is affirmed in accordance with that opinion and its adoption by this order.

Judges Benton, Coleman, Koontz and Elder, for the reasons stated in Judge Benton's dissent from the original decision, *Robinson v. Commonwealth*, 17 Va. App. 551, 557, 439 S.E.2d

622, 626 (1994) (Benton, J. dissenting), would reverse the conviction and dismiss the case.